# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

__RAFAEL MURILLO-AGUILLAR__
Defendant

Case Number: 05-112M

Upon motion of the **Government**, it is ORDERED that a **Preliminary Hearing and Detention Hearing** is set for ___August 23, 2005___ * at ___8:00 a.m.___
　　　　　　　　　　　　　　　　　　　　　　　　Date　　　　　　　　　　　　　Time

before __HONORABLE MARY PAT THYNGE, UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

COURTROOM #6C, 6ᵀᴴ FLOOR, BOGGS FEDERAL BLDG., 844 KING ST., WILMINGTON, DE
Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
　　　　　　　　　　　　　　　　　　　　　　Other Custodial Official
and produced for the hearing.

___8/18/05___
Date

___[signature]___
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
　　A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.