IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 05- 82 |
| | ) |
| RAPHÁEL MURILLO-AGUILAR, | ) |
| | ) REDACTED |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 16, 2005, in the State and District of Delaware, Raphael Murillo-Aguilar, defendant herein, an alien and subject of Mexico, who had been arrested and deported from the United States on or about May 2, 2000, following his conviction for a felony, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security had expressly consented to the defendant's re-application for admission, in violation of 8 United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

Foreperson

9/6/05

COLM F. CONNOLLY
UNITED STATES ATTORNEY

_____
Ferris W. Wharton
Assistant United States Attorney

Dated: Sept. 6, 2005