UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>        Plaintiff,           )<br>                             )<br>                             )  CASE NO. CR 05 82 KAJ<br>    vs.                      )<br>                             )<br>Raphael Murillo-Aguilar      )<br>                             )<br>                             )<br>        Defendant.           ) | |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on _September 15, 2005_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _November 3, 2005_. The time between the date of this order and _November 3, 2005_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney