

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*                              *(302) 573-6277*
*1007 Orange Street, Suite 700*            *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

November 21, 2005

Honorable Kent Jordan
United States District Court
District of Delaware
Wilmington, Delaware 19801

    Re: **United States v. Raphael Murillo-Aguilar**
        **Cr.A. No. 05-82-KAJ**

Dear Judge Jordan:

    Please find enclosed a proposed Memorandum of Plea Agreement in the above-captioned case. The parties intend to present it tomorrow at the change of plea hearing.

    Please let me know if I can be of any further assistance.

                              Respectfully,

                              COLM F. CONNOLLY
                              United States Attorney

                      By:  /s/ Ferris W. Wharton
                              Ferris W. Wharton ID# 945
                              Assistant United States Attorney

cc: Eleni Kousoulis, Esquire
    Clerk, U.S. District Court