To: Clerk of Court

From: Rafael Murillo                                CR 05-82 (KAJ)

    Can you please, kindly file a copy of this letter to Honorable Ken A. Jordan and another for my file. Thank you for your time in this grave matter.

                                     Respectfully submitted,

                                     Rafael Murillo/05030-015

FILED

MAR - 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE