RAFAEL MURILLO-AGUILAR / 05030-015
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILADELPHIA, PA 19105


Honorable Ken A. Jordan
United States District Courthouse
844 King Street
Wilmington, DE 19801


RE: United States v. Rafael Murillo
    Criminal No: 05-82-KAJ


Honorable Ken Jordan:

Please accept this brief letter in accordance with the rules of appellate procedure, Rule 4 (5) as a motion for an extension of time according to the Federal Criminal Rules of Proceedure.

Your, I am requesting that you allow my Attorney Ms. Kousoulis an extension of time, because I wish to file an appeal of my sentence. I have not had the chance to speak with my attorney do to the movement of different facilities.

Your Honor, I do not want to waive my appeal rights, as I understand that we have 10 days after day of judgment. Please kindly accept this letter for an extension of time.


                                        Respectfully submitted,

                                        Rafael Murillo
                                        Rafael Murillo/05030-015

cc: File
    Honorable Ken Jordan



FILED

MAR -2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Rafael Murillo / 05030-015
Federal Detention Center
P.O. Box 562
Philadelphia, PA 19105



FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 572
PHILA., PA 19105
DATE 2/28/06

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

LEGAL MAIL

Clerk of the Court
United States District Courthouse
844 King Street
Wilmington, DE 19801

U.S.M.S. X-RAY